IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Murry, Angela | Case Number: 05 B 02084 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 6/24/08 | Filed: 1/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: June 6, 2008
Confirmed: March 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,740.00 |  |
| Secured: |  | 528.47 |
| Unsecured: |  | 970.51 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,605.20 |
| Trustee Fee: |  | 215.82 |
| Other Funds: |  | 420.00 |
| Totals: | 4,740.00 | 4,740.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,605.20 | 2,605.20 |
| 2. | American General Finance | Secured | 528.47 | 528.47 |
| 3. | Nicor Gas | Unsecured | 68.73 | 119.22 |
| 4. | Premier Bankcard | Unsecured | 67.05 | 116.31 |
| 5. | Debt Recovery Solutions | Unsecured | 45.04 | 78.10 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 214.00 | 371.22 |
| 7. | Peoples Energy Corp | Unsecured | 40.88 | 0.00 |
| 8. | National Capital Management | Unsecured | 74.00 | 128.36 |
| 9. | SBC | Unsecured | 90.72 | 157.30 |
| 10. | Social Security Administration | Priority | | No Claim Filed |
| 11. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 12. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 13. | Chesterfield Federal | Unsecured | | No Claim Filed |
| 14. | Cash Advance | Unsecured | | No Claim Filed |
| 15. | American General Finance | Unsecured | | No Claim Filed |
| 16. | Atlantic Management Corp | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Credit Now Corp | Unsecured | | No Claim Filed |
| 19. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 20. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 21. | Village of Park Forest | Unsecured | | No Claim Filed |
| 22. | Pay Day Loans | Unsecured | | No Claim Filed |
| 23. | Rio Resources | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |
| 25. | State of Illinois | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Murry, Angela

Printed: 6/24/08

Case Number: 05 B 02084
Judge: Hollis, Pamela S
Filed: 1/21/05

| | | | | |
|---|---|---|---|---|
| 26. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 27. | Oxford Collection Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,734.09 | $ 4,104.18 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 19.20 |
| 3% | 10.79 |
| 5.5% | 52.49 |
| 5% | 9.47 |
| 4.8% | 18.15 |
| 5.4% | 105.72 |
| | _____ |
| | $ 215.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____